LOUIS D. DANZIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as

entered to the sum of $2,150, with interest and trial costs; in which event the judgment as so modified is affirmed, without costs of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.